

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| WILLIE G. POWELL, ) | Case No. 2:07-cr-193 |
| ) | |
| Defendant, ) | |
| ) | DEFENDANT'S MOTION AND |
| v. ) | MEMORANDUM IN SUPPORT |
| ) | TO MODIFY SENTENCE OF |
| UNITED STATES OF AMERICA, ) | IMPRISONMENT |
| ) | |
| Plaintiff. ) | |

Through and by **pro se** representation, the defendant **Willie G. Powell** (hereinafter "Powell") requests the court modify his sentence under Title 18 U.S.C. § 3582(c), in recognition of the "extraordinary and compelling circumstances" that arise at the intersection of COVID-19, and being convicted of a firearm offense which is not codified as a f ederal ofense.  Pursuant to the provision under Title 18 U.S.C. § 3582(c), Powell seeks a reduction in his sentence to time-served.  In support, Powell provides the following.

**Background**

On October 3, 2007, Powell pled guilty in the United States District Court for the Southern District of Ohio to: (1) possession with intent to distribute over five kilograms of cocaine, in violation of Title 21 U.S.C. §§841(a)(1) and (b)(1)(A)(ii), and (2) possessing a firearm in furtherance of a  drug-trafficking crime, in violation of Title 18 U.S.C. §924(c)(1)(A).  On April 10, 2008, Powell was sentenced to a [consecutive] sentence of 235-months in prison for the possession-of-a-firearm-during-a-drug-trafficking-crime conviction, to be served consecutively to his prison term for possession with intent to distribute cocaine with Count 1 in 2:07-cr-193; Eastern District of Michigan, Northern Division.

**Legal Authority**

Under § 3582(c), federal district courts are authorized to modify a sentence of imprisonment under specified circumstances, including situations where "extraordinary and compelling reasons warrant" the action.  § 3582(c)(1)(A)(i).  With the enactment of the First Step Act ("FSA") in December 2018, a § 3582(c) motion may be brought by either the BOP or the defendant who is subject to the sentence of imprisonment.  Pub. L. No. 115-391, §603 (Dec. 21, 2018).  If the motion is granted, the district court is authorized to "reduce the term of imprisonment."  § 3582(c)(1)(A)(i).  Id.

This is the relief that Powell seeks, the reduction of his sentence.  To determine whether the requested relief is permissible and appropriate under § 3582(c), the statutue directs the Court to: (A) consider the statutory scheme to determine the proper legal standard, and (B) apply that standard to the particularized facts and circumstances at hand.

The current version of § 3582(c) is novel in structure and still quite new, such that courts continue to parse its nuances.  Particularly now, as a number of federal prisoners seek § 3582(c) modifications.  The statutory scheme and the  analysis of most courts tends to focus upon these factors: (1) whether the movant-prisoner complied with  the 30-day waiting period within the meaning of § 3582(c); (2) whether the  circumstances demonstrate an extraordinary and compelling reason; and (3) whether the  broader factors that inform federal sentencing decisions support a modification.

In the case of a prisoner-initiated motion, § 3582(c) calls for a rather unusual administrative exhaustion process, permitting consideration of the motion when:

> (a).  the defendant has fully  exhausted all administrative

rights to appeal a failure of the Bureau of Prisons
to bring a motion on the defendant's behalf;

<u>or</u>

(b). the lapse of 30 days from the receipt of such a
request by the Warden of the defendant's facility,
<u>whichever is earlier.</u>

§ 3582(c)(1)(A)(headings, emphases, and formatting added).

Hence, the statute requires the prisoner-movant to first use
administrative processes to request that the BOP make a § 3582(c)
motion on his behalf. And under the second prong of the exhaustion
requirement, simply wait until 30 days pass after the initial request
is made, regardless of administrative appeals or even whether the
BOP took any action on the request at all. See <u>United States v.</u>
<u>Jones</u>, 980 F.3d F.3d 1098, 1100, 1105 (6th Cir. 2020).

### (A). Powell Exhausted the BOP Processes Under § 3582(c)

Powell initiated BOP processes on 12 /27 /2021, requesting
the Warden at FCI-Sandstone file a motion with the court requesting a
sentence reduction as a result of COVID-19, illegal conviction, and
unduly harsh and punitive conditions as a result of the BOP's on-
going and continued modified operations, creating an uncontemplated
hardship. On 01/ 21/2022, the Warden denied Powell's request. See
DEF. EXH. 1 & 2. Having exhausted his administrative remedies
through the BOP, Powell [now] submits this § 3582(c) motion request-
ing a sentence reduction and memorandum in support. Accordingly,
the Court may adjudicate this motion.

### (B). Extraordinary and Compelling Reasons

As already noted, § 3582(c) permits a modification of a prison
term when the movant demonstrates that "extraordinary and compelling
reasons warrant such a reduction." <u>§ 3582(c)(1)(A)(i)</u>. <u>Id</u>. <u>See</u>
<u>United States v. Brooker</u>, 976, F.3d 228, 237 (2d Cir. 2020); <u>see</u>

3

also, United States v. McDonel, --- F.Supp. 3d ---, No. 37-20189, 2021 WL 120935, at 6 (E.D. Mich. Jan. 13, 2021)(reducing 1,285-month sentence to 240 months).  Nevertheless, such motions are generally referred to as  those for  "compassionate release."  See United States v. Maumau, No. 2:08-cr-00758-TC-11, 2020 WL 806121, at 8 n.2 (D. Utah Febn. 18, 2020)("In this order, the court uses the phrase 'compassionate release' and 'sentence modification' interchangeably, which is consistent with how other courts have used the terms.").

While § 3582(c) does not define, "extraordinary and compelling reasons, district courts have therefore been given "full discretion" to define what constitutes "extraordinary and compelling" on a case-by-case basis.  Jones, 980 F.3d at 111; see also Brooker, 976 F.3d at 237 (noting that "a district court's discretion in this area - as in all sentencing matters - is broad").  The  statute further states that any modification should be "consistent with the applicable policy  statements issued by the  Sentencing Commission."  The last reference has generally been linked to the  U.S.S.G., and in parti-cular, commentary to  U.S.S.G. § 1B1.13; the  current version of which was promulgated in November 2018.

The trouble is, as a number of courts have pointed out, this version of the Guidelines was enacted before the current version of § 3582(c) went into effect.  No subsequent modifications of the § 1B1.13 commentary have ben adopted or proposed.  Indeed, because the Sentencing Commissin lacks the necessary number of commissioners, no amendments or modifications have been possible.  Hence, the Sen-tencing Commission has neither spoken on the current version of § 3582(c) nor addressed its objective of increasing prisoners' ac-cess to compassionate release reductions in sentence at all.  For this  reason, many courts have employed the commentary to U.S.S.G.

§ 1B1.13 (Nov. 2018) as <u>informative</u> with respect to the "extraordinary and compelling reasons" inquiry, but not dispositive.  <u>See</u> E.g., <u>Brown</u>, ___F.Supp.3d __, 2020 WL 2091802, at 5-7; <u>United States v. Cantu</u>, 423 F.Supp.3d 345, 350 (S.D. Tx. 2019)(the commentary to § 1B1.13 "is not part of the applicable policy statement binding the court.").

With that understanding of non-binding effect, courts have observed that the latest version of §1B1.13 offers a number of examples of situations that might constitute "extraordinary and compelling reasons" to justify a § 3582(c) modification, including serious medical conditions, advanced age, and dire family circumstances. <u>U.S.S.G. § 1B1.13, App. N.1(A)-(C)</u>.  But in addition, the Sentencing Commission added a "catch-all" or "other" provision: "As determined by the Director of the Bureau of Prisons, there exists in the defendant's case an extraordinary and  compelling reason <u>other than</u>, or in combnation with the reasons described in subdivisions (A) through (C).  <u>Id.</u>, <u>App.N.1(D)</u>. (emphasis added).

Here, in Powell's case, he is advancing the "other than" extraordinary and compelling reason, and when combined to establish a basis for "extraordinary and compelling reasons."

**Powell's Extraordinary and Compelling Circumstances**

**(1)  Powell's Particularized Risk to Contract COVID-19 and
      Develop  a Serious Illness.**

Relying on official guidelines from the Centers for Disease Control ("CDC") is a common practice in assessing compassionate-release motions.  <u>See</u> <u>United States v. Elias</u>, 984 F.3d 516, 518 (6th Cir. 2021).  The CDC currently advises that hypertension can make you more likely to get severely ill from COVID-19.  <u>See</u> <u>People with Certain Medical Conditions</u>, Centers for Disease Control and Prevention, https:

//www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-with-medical-conditions.html.

Here, Powell has a qualifying medical co-morbidity of Hypertension for several years.  As of February 24, 2022, Powell was newly prescribed Hydrochilorothaiz (HTZ) 25 mg as a result of his HTN being poorly managed. Further, Powell was newly prescribed Lorastan Potassium 50 mg.   Next, Powell is prescribed oral Prednisone on a daily basis.  As a result, Powell's immune system is compromised due to the  ongtime use of this corticosteroid. The CDC has recognized the "use of corticosteroids" as a condition that "might" entail a greater risk of  severe illness from  COVID-19.  It is important to note  that  CDC guidance has since been updated and the word "might" has been removed from this section of advice. See COVID-19: Medical Conditions, Centers  for Disease . . . ." Id.  Moreover, CDC guidelines provide that "[p]rolonged use of  corticosteroids or other imune weakening medicines  can  lead to secondary or  acquired immunodeficiency. "People who have a condition or are taking medications that weaken their immune system may not be protected even if they are fully vaccinated." Id.

Powell has been vaccinated and boosted against COVID-19, but according to this guidance he may still be at risk of severe disease; especially when you consider that  FCI-Sandstone currently has inmates with COVID-19 who previously  tested positive and were fully vaccinated.  See COVID-19 Cases, https://www.bop.gov/coronavirus/. FCI-Sandstone is  currently experiencing its  [second] outbreak of COVID-19 amongst inmates and staff.  FCI-Sandstone hsa certainly seen its  share of infections over the  past  2-years and one inmate has died.  Additionally, only about 60% of  FCI-Sandstone staff is vaccinated; with a majority  receiving "religious exemption."  It

is uncontrovverted that these unvaccinated staff members present a more likely vector for COVID-19 transmission into a correctional institution. The court therefore <u>should</u> and <u>must</u> find that Powell's diagnosis of Hypertension and longtime use of corticosteroids, when combined with the foregoing is an extraordinary and compelling reason for compassionate release. <u>See</u> <u>United States v. Meeks</u>, No. 10-cr-20388-2, 2021 WL 869669 at 1 (E.D. Mich. Mar. 9, 2021)(finding extraordinary and compelling reasons for compassionate release where defendant was obese and had been diagnosed with High blood pressure). <u>See</u> <u>DEF. EXH. 3</u> - Powell's Medical Records.

Next, as a concomitant argument to Powell's co-morbidities, Powell is an African-American male above the age of 50. These two factors increase Powell's chance of contracting COVID-19; 3x greater as compared to a Caucasion male. This puts Powell at an increased risk of developing severe symptoms. Since Powell resides in a cor-, his inability to maintain safe distances put him at an increased risk of developing a severe illness and risk of infection. <u>See</u> <u>E.g.</u>, <u>United States v. Terraciano</u>, 492 F. Supp. ed 1082, 1085-86 (E.D. Cal. 2020).

Powell's vaccination status also should not work against him. If anything, his choice to receive the vaccine shows that he is genuinely concerned for his health and safety. The COVID-19 vaccine, though laregely successful at preventing severe illness, is by no means 100% effective and the longevity of any immunity from either the vaccine or Powell's previous illness is uncertain. <u>See</u> <u>Ensuring</u> <u>COVID-19 Vaccines Work</u>, Centers for Disease Control and Prevention, https://www.cdc.gov/coronavirus/2019-ncov/vaccines/effectiveness. html?s-cid=10464:covid%20vaccine%20effectiveness:sem.ga:p:RG:GM gen:PTN:FY21. Finally, while Powell was determined by the BOP to

have been "recovered" from his initial bout of COVID-19 in 2020, he is [now] experiencing chronic and debilitating headaches [post-COVID-19], which he previously never experienced.  As a result, Powell is currently being prescribed oral Sumatripten and Amlodipine.  See DEF. EXH. 3 - Powell's Medical Records.  All the foregoing are to be weighed together when evaluated Powell's medical co-morbidities as extraordinary and compelling circumstances in favor of a  sentence modification.

### (2)  Powell's Illegal Firearm Conviction

Numerous courts have also found extraordinary and compelling reasons where legislative changes drastically reduced mandatory sentencing requirements.  See e.g., United States v. Young, 458 F. Supp. 3d 838 (M.D. Tenn. 2020); United States v. Baker, No. 20513, 2020 WL 4696594, at 3 (E.D. Mich. Aug. 13, 2020); United States v. Taniguchi, No. 00-50, 2020 WL 6390061, at 3-5 (S.D. Ohio Nov. 2, 2020).

Here, and analogous to the foregoing, Powell believes his § 924 (c)(1)(A) conviction; possession of a  firearm during and in relation to a drug trafficking crime, is not a chargeagle offense when you  consider Sixth circuit binding precedent.  See United States v. Williams, 2012 U.S. App. LEXIS 7010 (6th Cir. 2012)(citing United States v. Combs, 369 F.3d 925, 934 (6th Cir. 2004).  Williams held that in citing Combs that "possession of a firearm during and in relation to a drug trafficking crime" is not a chargeable offense. Powell was adjudicated guilty of § 924(c)(1)(A).  Section 924(c)(1)(A) makes it a  crime to (1) use or carry a firearm during and in relation to a drug trafficking crime or (2) possess a firearm in furtherance of a d rug trafficking crime.  These offense are separate and distinct.  The wording results from an impermissible combination of

the language of the first and second clauses of §924(c)(1)(A). See
Combs,369 F.3d at 933-34.  Accordingly, these two elements cannot
be mixed.  Here, the title of the charge agaisnt Powell combines
the conduct elements of both §924(c) offenses with the standard of
participation from the  "use" offense, resulting in an nonexistent
federal crime.  Therefore, when considering the foregoing and under
the  guise of  compassionate release; analogous to sentence dispar-
ities or legislative changes, the Court should and must determine
that this illegal conviction is an extraordinary and compelling rea-
son for a sentence reduction [five-years] when combined with Powell's
other arguments.

### (3)   Powell's Prolonged Period of Incarceration in Restrictive Housing Resulting in an Uncontemplated More Harsh and Punitive Period of Incarceration.

As a result of the BOP's mis-management in mitigating the spread
of COVID-19; widely throughout all BOP institutions and namely FCI-
Sandstone, the BOP has had to severely limit inmate movement to
their respective housing units.  This has resulted in a prolonged
(2-years and continuing) period of unduly harsh and punitive con-
ditions of confinement.  The conditions of incarceration during the
COVID-19 pandemic were not something this Court could have predicted
at the time of Powell's sentencing.

That said, Powell does not expect his  period of incarceration
to be necessarily comfortable;  he does expect it to be uncomfortable.
However, Powell does not believe the Constitution or the Sentencing
Court allow for atypical and significant hardships outside of ty-
pical prison life, or periods of prolonged confinement which result
in the deprivation of any single  human  need.  This is what has oc-
curred to Powell over the past 24-months due to him being housed in
restrictive housing as a  result of  COVID-19 and the BOP's conco-

mitant modified operations.

Deprivations that are less severe or more closely related to the expected terms of confinement may also amount to deprivations of a potential liberty interest, provided that the liberty in question is one of "real substance." An interest of "real substance will generally be limited to freedom from restraint that imposes an "atypical and significant hardship on the inmate in relation to the ordinary incidents of prison life, or will inevitably affect the duration of a sentence."

Here, in Powell's case, beign placed in restrictive housing (essentially confined to his housing unit) as a result of a National Emergency is "atypical and significant;" especially when you consider the 24-month duration. Accordingly, the placement of an inmate in a highly restrictive living setting may amount to a deprivation of a real liberty interest of "real substance" within the meaning of Sandin. See Wilkinson v. Austin, 545 U.S. 209, 224, 125 S. Ct. 2384, 162 L.Ed. 2d 174 (2005)(citing Sandin v. Conner, 515 U.S. 472, 484 115 S. Ct. 2293, 132 L.Ed. 2d 418 (1995)).

As a result of Powell being placed in a restrictive living environment through and by BOP modified operations, he has been deprived of the following: (1) therapeutic recreation; (2) family visitation; (3) exercise; (4) meaningful educational programming; (5) congregate religious programming; and (6) social, physical and environmental stimuli; all in violation of Sandin. These deprivations were not and could not have been contemplated by the Court at the time of Powell's sentencing many years ago.

Accordingly, and in support of Powell's argument, he requests the Court take judicial notice of the following judicial opinions and public records.

In United States v. Hatcher, No. 18-cr-454-10(KPF)(S.D.N.Y. Apr. 16, 2020) the Court had previously denied a § 3582(c) motion to reduce a  sentence in  the  early months of the COVID-19 pandemic, reversed course and granted a  similar motion in light of the extreme length of time to which the movant in that  case had been subjected to harsh prison conditions.  The  conditions described by the movant in Hatcher, coupled with the physical and emotional toll caused by them are  squarely  on-point with Powell's experience in  the BOP during the past  24-months of BOP modified operations.

In United  States v. King, 2020 U.S. Dist. LEXIS 165451, No. 17-cr-20332, at 14-16 (E.D. Mich. Sep. 10, 2020) the district court granted a sentence reduction, in part, on the inmate's description of conditions at FCI-Ashland during  the COVID-19  pandemic.  According to the  inmate's d escription, FCI-Ashland implemented modified operations on April 1, 2020 to mitigate the  spread of COVID-19.  These modified operations limited access to: (1) institutional facilities;  (2) exercise; (3) commissary; (4) religious programming; (5) educational programming;  and (6) social stimuli.  In its order granting King's motion, the Court observed: "Had the Court known when it sentenced King that he would be subjected to such additional restrictions while incarcerated, it  may have sentenced him to a shorter term of imprisonment."  Id.

Here, Powell requests the Court adopt similar reasoning, especially when you consider Powell has served the vast majority of his  235-month prison sentence.

In United States v. Rodriguez, 2020 U.S. Dist. LEXIS 181004 at 7 (S.D.N.Y. Sep. 30, 2020) the Court granted a sentence reduction, in part, giving salient consideration to the extent onerous lockdowns and restrictions imposed by  correctional facilities attempting to

control the spread of the virus have made sentences "harsher and more punitive then would otherwise have been the case." Powell has experienced the same harsh and punitive incarceration conditions, but for a much longer period of time.

In <u>United States v. Caprian</u>, 2021 U.S. Dist. LEXIS 18698 at 8 (S.D.N.Y. Feb. 1, 2021) the Court granted a sentence reduction when considering the following: "A day spent in prison under extreme lockdown and in fear of contracting a deadly virus exacts a price on a prisoner beyond that is imposed by an ordinary day in prison. While not intended as punishment, incarceration in such conditions is, unavoidably mor epunishing." Powell has far exceeded "a day" of said harsh conditions. Further, while Powell received the COVID-19 vaccinations, he continues to live in fear of contracting COVID-19 a second time and may not be as fortunate when considering his risk factors and residing in a correctional facility.

In <u>United States v. Cruz</u>, 2020 Dist. LEXIS 66485 No. 2:18-cr-81(SRU)(D. Conn. Apr. 6, 2021) the Court granted a sentence reduction on the following reasoning: "It is additionally clear that to the extent that a goal of incarceration is to provide a particular individual with s ervices of rehabilitation, months spent on lockdown without access to programming does not further that goal. Moreover, <u>Cruz</u> has served a significant period of incarceration in extremely harsh conditions without the support of visits from family, in an environment where he has been exposed to the risk of a deadly disease." Powell too, has been denied said programming under identical, but much longer harsh prison conditions.

In <u>United States v. Nagi</u>, 2021 U.S. LEXIS 212151, No. 06-cr-20465 (E.D. Mich. Nov. 3, 2021), granting compassionate release, in part, opining that "the conditions of incarceration during the pan-

demic were not something this Court could have predicted."

While the BOP needed to attempt to mitigate the spread of COVID-19 by and through modified operations, Powell is of the belief, which is supported by the U.S. Solicitor General, Mr. Richard Durbin, and Mr. Chuck Grassley, Senate Judiciary Committee, that these [prolonged] harsh conditions have been as a direct result of the BOP's failure in implementing an <u>effective</u> response to the  COVID-19 pandemic.  <u>See</u> Michael Carvajal, BOP Director, testimony before the Senate Judiciary Committee, dated on or about April 13, 2021. Put simply, if the BOP would not have mis-managed COVID-19 mitigation, the BOP would not be in modified operations for this prolonged duration.

### (4)  Powell's Unique Family Circumstances

Powell has  an elderly father who is in need of a primary caregiver, and no other siblings or family members are able to provide the required care.  This leaves Powell as his father's only potential caregiver.  Powell intends to submit with his eventual "reply" brief or in an amended filing, his father's medical records which support this argument.

While non-binding, a court may look to <u>U.S.S.G. § 1B1.13</u>, if it so chooses, "as part of its discretionaly inquiry into whether a case presents extraordinary and compelling reason." <u>United States v. Tomes</u>, 990 F.3d 500, 503 n.1 (6th Cir. 2021); <u>Hunter</u>, 12 F.4th at 562. The commentary to § 1B1.13 suggests that extraordinary and compelling reasons may exist where a defendat is the only available caregiver for an incapacitated spouse,  <u>U.S.S.G. § 1B1.13</u> to include the needs to care for an incapacitated parent. <u>See United States v. Bucci</u>, 409 F. Supp. 3d 1 (D. Mass. 2019); <u>see also United States v. Nagi</u>, 2021 U.S. Dist. LEXIS 212151, No. 06-cr-20465 (E.D. Mich.

Nov. 3, 2021)(granting compassionate release, in part, to be the primary caregiver for his mother). At the time of this motion being **filed** **Powell** is awaiting his father's medical records in support of his father requiring care to assist him with his activities of daily living as a result of deteriorating health. Once received, Powell will submit in a separate filing or will be  included in his eventual reply brief.

When weighing all the foregoing extraordinary and compelling reasons Powell has identified, Powell believes he has made the requisite showing in demonstrating the basis for sentence modification under § 3582(c).  Altnernatively, if the Court so desires, Powell would accept a sentence modification to include a term of home confinement under U.S.S.G. § 5F1.2.

**§ 3553(a) Sentence Factors Favor a Sentence Reduction**

Although Powell believes he has made a satisfactory showing of extraordinary and compelling reasons that warrant a sentence modification, the Court must also consider the relevant factors listed in Title 18 U.S.C. § 3553(a).  These factors include the nature and circumstances of the offense, the history and characteristics of the defendant, the seriousness of the  offense, the  need to promote respect for the law and provide just punishment for the offense, general and specific deterrence, protection of the public, and the need to avoid unwarranted sentence disparities.  See § 3553(a).

Powell admits that his drug trafficking crime was serious. However, Powell has fully accepted responsibiity for his crime, and upon his eventual release, he is committed to a life free of criminality.  Powell admits he has made some extremely poor decisions in his life which he blames no other than himself.  Unfortunately it took this lenghty period of incarceration provide him with the need-

ed perspective to explore his past behaviors to ensure that his life takes a different pro-social direction upon his release.  When considering Powell's criminal history, Powell remained committed to mentoring youth  in the community to ensure they do not take destructive paths Powell has  taken.  Unfortunately, with some individuals like Powell, it takes sometime two or three serious mis-steps in order to engage in pro-social behavior.  Powell is at this point now.

Upon Powell's eventual  release, he has a strong release or re-entry plan to successfully return to the community.  Powell has the strong support of many family members and friends to serve as a support system to "walk with" Powell, helping to ensure his path in life remains steadfast to pro-social behavior and a life free of wrong-doing and/or criminality. <u>See</u> <u>DEF. EXH. 4</u> - Letters of Support.

If granted, Powell intends to reside with his father at: 19575 Farmington Road, # 575, Bldg. 7, Livonia, Mich. 48152, which will allow Powell to be his father's primary care-giver.  Powell's father is named: Mr. Willie Powell, Sr.  Additionally, this arrangement will also provide a tangential support and accountability framework for Powell; facilitating his successful re-entry and life free of criminality.  Further, Powell has family connections with both General Motors and Ford Automotive by and through Senior employment and as a  result will be in  a position to provide Powell with employment references.  While incarcerated, Powell worked in UNICOR, achieving the highest pay grade.  Moreover, Powell has completed coursework in Commercial Driver's LIcense ("CDL") and desires to pursue this licensure through future employment with the foregoing automobile manufacture's.  Importantly, Powell has obtained his High School Equivalency ("GED").  According, to the <u>United States Sentencing Commission</u>: Recidivism Among Federal Offenders:  A Comprehensive Overview (March

2016), inmates with an  education level consistent with a High
School Graduate are less likely to  recidivate compared to those
who have an education level less than  a High School Graduate.
Powell's advanced age also suggest he is less likely to recidivate
as compared to younger individuals.

When you consider the foreoging, the § 3553(a) would suggest
a sentence  reduction is warranted.  Therefore, Powell is of the be-
lief that compassionate release is warranted.

### <u>RELIEF SOUGHT</u>

**WHEREAS,** for the foregoing reasons, Powell prays the  Court
will enter an immediate court order granting his sentence to a time-
served sentence.

<u>Dated</u>:  March 11,  2022

Respectfully submitted,

Willie G. Powell
FCI-Sandstone    C-Unit
P.O. Box 1000
Sandstone, MN   55072

### <u>Certificate of  Service</u>

I aver that I mailed a copy of this document to the Clerk of
Court, by placing said document into a  prepaid envelope and depos-
ited said  envelope into the inmate mail system at FCI-Sandstone.

<u>Dated</u>:  March  15, 2022

BY:

Willie  Powell

Willie G. Powell
Reg. No. 03818-068

**DEF. EXH 1**

Powell's Administrative Request to Warden

BP-A0148
JUNE 10
                INMATE REQUEST TO STAFF CDFRM

**U.S. DEPARTMENT OF JUSTICE**             **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) **Warden Fikes** | DATE: **12-27-2021** |
|---|---|
| FROM: **W. Powell** | REGISTER NO.: **03818-068** |
| WORK ASSIGNMENT: **Unassigned** | UNIT: **C** |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.   **SECOND REQUEST FOR A REDUCTION IN SENTENCE MOTION**
               (Due to Change in Facts and Circumstances)
**Warden, since I last requested you file a RIS Motion on my behalf,
several important facts have changed. Therefore I am requesting you
consider anew this request for a reduction in sentence pursuant 18
U.S.C. §3582(c)(2) for the following separate or joint reasons: 1)
Developments in my elderly father's care and health that necessitate an
in-home care; (2) Charging issues with the 924(c) conviction & sentence
from the SD of Ohio; (3) After my COVID-19 infection, here, I developed
the following medical conditions which put me at risk for a COVID-19
reinfection, and further harm: hypertension, kidney issues (Stage 2),
uncontrolled migraines; and (4) changes in sentencing law and
procedures, which would have applied to me if sentenced today, would
substantially reduce my sentence. I will provide information,
documentation, and evidence that establishes I qualify for
Compassionate Release under prevailing case law including your own
medical records. Thank you for your prompt consideration and response.**

DISPOSITION:

*FCI Sandstone*

*DEC 2 7 2021*

*Warden's Office*

| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate

PDF                  Prescribed by P5511

                         This form replaces BP-148.070 dated Oct 86
                         and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER    **SECTION 6**

**DEF. EXH. 2**

Powell's Administrative Denial

POWELL, Willie
Reg. No.: #03818-068 (C)

This is in response to your Inmate Request to Staff, received 12-27-2021, wherein you request to be considered for a Reduction in Sentence (RIS).   Specifically, you cite your current non-terminal medical ailments, care of a parent, and changes in sentencing guidelines as an extraordinary and compelling circumstance that warrants RIS consideration.

According to Program Statement (P.S.) 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582 and 4205(g), the BOP has determined the following criteria may be used to file for a RIS:   Terminal Medical Condition, Debilitated Medical Condition, certain Elderly Inmate conditions, Death or Incapacitation of a Family Member Caregiver (for children under the age of eighteen), and Incapacitation of a Spouse or Registered Partner.   As you do not meet any of the above stated criteria, your request is denied.

If you are dissatisfied with this response, you may file an appeal pursuant to P.S. 1330.17, Administrative Remedy Program, within 20 calendar days of the date of this response.

J. Fikes, Warden

1/21/22
Date

**DEF. EXH. 3**

Powell's Medical Records

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name:  POWELL, WILLIE G | | | Reg #:  03818-068 |
| Date of Birth:  02/09/1970 | Sex:  M  Race:  BLACK | | Facility:  SST |
| Encounter Date:  04/20/2021 11:48 | Provider:  Southwick, Jenefer PA-C | | Unit:  C01 |

Mid Level Provider - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  **1**        Provider:  Southwick, Jenefer PA-C

Chief Complaint:  Dizziness

Subjective:        After receiving his Imitrex injection inmate reported "feeling warm and dizzy".  Initial vitals
were elevated.  He was escorted to waiting room, drank water and was escorted to chair to
rest.  He stated he continued to feel warm after 30 minutes.

Pain:        Not Applicable

**OBJECTIVE:**

Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 04/20/2021 | 11:49 SST | 65 | | | Southwick, Jenefer PA-C |
| 04/20/2021 | 11:49 SST | 60 | | | Southwick, Jenefer PA-C |

Blood Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 04/20/2021 | 11:49 SST | 165/95 | | | | Southwick, Jenefer PA-C |
| 04/20/2021 | 11:49 SST | 151/98 | | | | Southwick, Jenefer PA-C |

**Exam Comments**

first BP was elevated at 165/65 followed by 151/98 after resting.  will f/u later in the week

**ASSESSMENT:**

Headache, unspecified, R519 - Current

**PLAN:**

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Follow-up | 04/23/2021 00:00 | MLP 03 |
| f/u HA | | |

Disposition:

Follow-up at Sick Call as Needed
Will Be Placed on Callout

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 04/20/2021 | Counseling | Access to Care | Southwick, Jenefer | Verbalizes Understanding |

Copay Required: No        Cosign Required:  No

Telephone/Verbal Order:   No

Completed by Southwick, Jenefer PA-C on 04/20/2021 12:16

| | | |
|---|---|---|
| Inmate Name:   POWELL, WILLIE G | | Reg #:   03818-068 |
| Date of Birth:   02/09/1970 | Sex:   M   Race:   BLACK | Facility:   SST |
| Encounter Date:   04/20/2021 11:48 | Provider:   Southwick, Jenefer PA-C | Unit:   C01 |

| Inmate Name:   POWELL, WILLIE G | | | Reg #:   03818-068 |
| --- | --- | --- | --- |
| Date of Birth:   02/09/1970 | Sex:   M   Race:  BLACK | | Facility:  SST |
| Encounter Date: 07/22/2021 13:55 | Provider:  Rice, Benjamin (MAT) MD, | | Unit:   C01 |

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
| --- | --- | --- |
| | predniSONE 10 mg Dosepak (48) | 07/22/2021 13:55 |

     **Prescriber Order:**    10 mg Orally  -  daily x 12 day(s) -- see package instructions for taper

     Indication:  Headache, unspecified

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
| --- | --- | --- | --- |
| Lab Tests - Short List-General-Lipid Profile | One Time | 08/31/2021 00:00 | Routine |
| Lab Tests - Short List-General-TSH | | | |
| Lab Tests - Short List-General-Hemoglobin A1C | | | |
| Lab Tests - Short List-General-C-Reactive Protein (CRP) | | | |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | | | |

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
| --- | --- | --- | --- | --- |
| Blood Pressure | Weekly | 30 days | start in  in 3 weeks after medication finished | Rice, Benjamin (MAT) MD, CD |

     Order Date:      07/22/2021

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
| --- | --- | --- |
| Follow-up | 09/24/2021 00:00 | Physician |

     f/u prednisone tcx for post covid HAS and labs

**Disposition:**

Will Be Placed on Callout

**Other:**

provider follow up as scheduled

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
| --- | --- | --- | --- | --- |
| 07/22/2021 | Counseling | Treatment Goals | Rice, Benjamin | Verbalizes Understanding |

     treat post covid HA and reduce sodium intake

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**  No

Completed by Rice, Benjamin (MAT) MD, CD on 07/22/2021 14:07

| Inmate Name: | POWELL, WILLIE G | | | Reg #: | 03818-068 |
|---|---|---|---|---|---|
| Date of Birth: | 02/09/1970 | Sex: | M   Race:  BLACK | Facility: | SST |
| Encounter Date: | 07/22/2021 13:55 | Provider: | Rice, Benjamin (MAT) MD, | Unit: | C01 |

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/22/2021 | 13:11 SST | 97 | Via Machine | | Olson, Michelle RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 07/22/2021 | 13:11 SST | 16 | Olson, Michelle RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 07/22/2021 | 13:11 SST | 150/98 | Left Arm | Sitting | Adult-large | Olson, Michelle RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 07/22/2021 | 13:11 SST | 97 | Room Air | Olson, Michelle RN |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 07/22/2021 | 13:11 SST | 71.0 | 180.3 | Olson, Michelle RN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 07/22/2021 | 13:11 SST | 209.6 | 95.1 | | Olson, Michelle RN |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

No: Agitated

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

No: Appears Distressed

**Neck**

**General**

Yes: Within Normal Limits, Supple, Symmetric

**Pulmonary**

**Auscultation**

Yes: Clear to Auscultation

**Cardiovascular**

**Auscultation**

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

No: M/R/G

**Abdomen**

**Palpation**

Yes: Within Normal Limits, Soft

**ASSESSMENT:**

Headache, unspecified, R519 - Current - *post covid*

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: POWELL, WILLIE G | | | Reg #: 03818-068 |
| Date of Birth: 02/09/1970 | Sex: M Race: BLACK | | Facility: SST |
| Encounter Date: 03/23/2021 11:32 | Provider: Southwick, Jenefer PA-C | | Unit: I05 |

Mid Level Provider - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  1       Provider:  Southwick, Jenefer PA-C

Chief Complaint:  Headache
Subjective:  Pt seen for f/u HA.  He was started on low dose Propranolol and states his HA pattern has not really changed.
Pain:  Not Applicable

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 03/23/2021 | 11:32 SST | 55 | | | Southwick, Jenefer PA-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 03/23/2021 | 11:32 SST | 16 | Southwick, Jenefer PA-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 03/23/2021 | 11:32 SST | 143/94 | | | | Southwick, Jenefer PA-C |

**Exam Comments**

no formal exam, pt interactive and appropriate

**ASSESSMENT:**

Headache, unspecified, R519 - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | amLODIPine Tablet | 03/23/2021 11:32 |

Prescriber Order:    10mg Orally -  daily x 90 day(s)
Indication:  Headache, unspecified

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 175413-CP1 | *Propranolol 20 MG Tab* | 03/23/2021 11:32 |

Prescriber Order:   *Take one tablet (20 MG) by mouth each day*
Discontinue Type:   *When Pharmacy Processes*
Discontinue Reason:  *discontinue*
Indication:

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Follow-up | 04/20/2021 00:00 | MLP 03 |

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | POWELL, WILLIE G | | | Reg #: | 03818-068 |
| Date of Birth: | 02/09/1970 | Sex: | M    Race: BLACK | Facility: | SST |
| Encounter Date: | 04/08/2021 09:52 | Provider: | Southwick, Jenefer PA-C | Unit: | C01 |

Mid Level Provider - Sick Call Note encounter at Health Services.
**Reason Not Done:** No Show

**Comments:** cyst

moved units, change date of appt

pt was a no show for call out, will r/s
**Cosign Required:** No
Completed by Southwick, Jenefer PA-C on 04/08/2021 09:53.

| Inmate Name:   POWELL, WILLIE G | | Reg #: | 03818-068 |
| Date of Birth:   02/09/1970 | Sex:      M    Race:   BLACK | Facility: | SST |
| Encounter Date:   07/22/2021 13:55 | Provider:   Rice, Benjamin (MAT) MD, | Unit: | C01 |

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | predniSONE 10 mg Dosepak (48) | 07/22/2021 13:55 |

    **Prescriber Order:**    10 mg Orally  -   daily x 12 day(s) -- see package instructions for taper

    Indication:   Headache, unspecified

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-Lipid Profile | One Time | 08/31/2021 00:00 | Routine |
| Lab Tests - Short List-General-TSH | | | |
| Lab Tests - Short List-General-Hemoglobin A1C | | | |
| Lab Tests - Short List-General-C-Reactive Protein (CRP) | | | |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | | | |

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Blood Pressure | Weekly | 30 days | start in  in 3 weeks after medication finished | Rice, Benjamin (MAT) MD, CD |

    Order Date:        07/22/2021

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Follow-up | 09/24/2021 00:00 | Physician |

    f/u prednisone tcx for post covid HAS and labs

**Disposition:**

    Will Be Placed on Callout

**Other:**

    provider follow up as scheduled

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/22/2021 | Counseling | Treatment Goals | Rice, Benjamin | Verbalizes Understanding |

    treat post covid HA and reduce sodium intake

**Copay Required:** No       **Cosign Required:**  No

**Telephone/Verbal Order:**  No

Completed by Rice, Benjamin (MAT) MD, CD on 07/22/2021 14:07

| Inmate Name: | POWELL, WILLIE G | | | Reg #: | 03818-068 |
| Date of Birth: | 02/09/1970 | Sex: | M   Race:   BLACK | Facility: | SST |
| Encounter Date: | 07/22/2021 13:55 | Provider: | Rice, Benjamin (MAT) MD, | Unit: | C01 |

| Date | Time | **Fahrenheit** | **Celsius** | **Location** | | **Provider** |
|------|------|------|------|------|------|------|

**Pulse:**

| **Date** | **Time** | **Rate Per Minute** | **Location** | **Rhythm** | **Provider** |
|------|------|------|------|------|------|
| 07/22/2021 | 13:11 SST | 97 | Via Machine | | Olson, Michelle RN |

**Respirations:**

| **Date** | **Time** | **Rate Per Minute** | **Provider** |
|------|------|------|------|
| 07/22/2021 | 13:11 SST | 16 | Olson, Michelle RN |

**Blood Pressure:**

| **Date** | **Time** | **Value** | **Location** | **Position** | **Cuff Size** | **Provider** |
|------|------|------|------|------|------|------|
| 07/22/2021 | 13:11 SST | 150/98 | Left Arm | Sitting | Adult-large | Olson, Michelle RN |

**SaO2:**

| **Date** | **Time** | **Value(%)** | **Air** | **Provider** |
|------|------|------|------|------|
| 07/22/2021 | 13:11 SST | 97 | Room Air | Olson, Michelle RN |

**Height:**

| **Date** | **Time** | **Inches** | **Cm** | **Provider** |
|------|------|------|------|------|
| 07/22/2021 | 13:11 SST | 71.0 | 180.3 | Olson, Michelle RN |

**Weight:**

| **Date** | **Time** | **Lbs** | **Kg** | **Waist Circum.** | **Provider** |
|------|------|------|------|------|------|
| 07/22/2021 | 13:11 SST | 209.6 | 95.1 | | Olson, Michelle RN |

**Exam:**

- **General**
  - **Affect**
    - Yes: Pleasant, Cooperative
    - No: Agitated
  - **Appearance**
    - Yes: Appears Well, Alert and Oriented x 3
    - No: Appears Distressed
- **Neck**
  - **General**
    - Yes: Within Normal Limits, Supple, Symmetric
- **Pulmonary**
  - **Auscultation**
    - Yes: Clear to Auscultation
- **Cardiovascular**
  - **Auscultation**
    - Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2
    - No: M/R/G
- **Abdomen**
  - **Palpation**
    - Yes: Within Normal Limits, Soft

**ASSESSMENT:**

Headache, unspecified, R519 - Current - *post covid*

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | POWELL, WILLIE G | | | Reg #: | 03818-068 |
| Date of Birth: | 02/09/1970 | Sex: | M    Race: BLACK | Facility: | SST |
| Note Date: | 03/17/2021 09:35 | Provider: | Harris, Jennifer RN | Unit: | I05 |

Flowsheet Note - Vital Sign Follow up encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:   Harris, Jennifer RN

Vitals completed on POWELL, WILLIE G, register number 03818-068
Date: 03/17/2021 09:34
Provider: Harris, Jennifer RN
Pulse:
        Rate: 55 per Minute
Blood Pressure:
        Value: 146/92

Also disregard flowsheet entry 3/16/21 for B/P wrong chart , unable to error out.

**Copay Required:** No        **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by Harris, Jennifer RN on 03/17/2021 09:36

Requested to be reviewed by  Southwick, Jenefer PA-C.

Review documentation will be displayed on the following page.

| Inmate Name:   POWELL, WILLIE G | | Reg #:   03818-068 |
|---|---|---|
| Date of Birth:   02/09/1970 | Sex:     M     Race:   BLACK | Facility:  SST |
| Encounter Date:  03/23/2021 11:32 | Provider:  Southwick, Jenefer PA-C | Unit:      I05 |

| <u>Activity</u> | <u>Date Scheduled</u> | <u>Scheduled Provider</u> |
|---|---|---|

    1 month f/u headache started Norvasc, Inderal not helping

**Disposition:**

    To be Evaluated by Provider

**Other:**

    discussed options, will try Norvasc, f/u in 1 month.  If not improved, will refer to CD

**Patient Education Topics:**

| <u>Date Initiated</u> | <u>Format</u> | <u>Handout/Topic</u> | <u>Provider</u> | <u>Outcome</u> |
|---|---|---|---|---|
| 03/23/2021 | Counseling | Plan of Care | Southwick, Jenefer | Verbalizes Understanding |

**Copay Required:** No        **Cosign Required:** No

**Telephone/Verbal Order:**  No

Completed by Southwick, Jenefer PA-C on 03/23/2021 11:43

| Begin Date: | 03/11/2021 | | | End Date: | 11/17/2021 |
|---|---|---|---|---|---|
| Reg #: | 03818-068 | | | Inmate Name: | POWELL, WILLIE G |

| **Date** | **Time** | **Inches** | **Cm** | **Provider** |
|---|---|---|---|---|
| 07/22/2021 | 13:11 SST | 71.0 | 180.3 | Olson, Michelle RN |

**Orig Entered:** 07/22/2021 14:13 EST   Olson, Michelle RN

**Weight:**

| **Date** | **Time** | **Lbs** | **Kg** | **Waist Circum.** | **Provider** |
|---|---|---|---|---|---|
| 09/28/2021 | 08:36 SST | 208.0 | 94.3 | | Rice, Benjamin (MAT) MD, CD |

**Orig Entered:** 09/28/2021 09:38 EST   Rice, Benjamin (MAT) MD, CD

| | | | | | |
|---|---|---|---|---|---|
| 07/22/2021 | 13:11 SST | 209.6 | 95.1 | | Olson, Michelle RN |

**Orig Entered:** 07/22/2021 14:13 EST   Olson, Michelle RN

| Begin Date: 03/11/2021 | End Date: 11/17/2021 |
|---|---|
| Reg #:  03818-068 | Inmate Name:  POWELL, WILLIE G |

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/27/2021 | 10:01 SST | 140/86 | Right Arm | Sitting | Adult-regular | Southwick, Jenefer PA-C |
| Orig Entered: 10/27/2021 11:03 EST   Southwick, Jenefer PA-C | | | | | | |
| 10/20/2021 | 10:17 SST | 135/94 | | | | Harris, Jennifer RN |
| Orig Entered: 10/20/2021 11:19 EST   Harris, Jennifer RN | | | | | | |
| 10/13/2021 | 10:01 SST | 147/97 | | | | Harris, Jennifer RN |
| Orig Entered: 10/13/2021 11:03 EST   Harris, Jennifer RN | | | | | | |
| 10/06/2021 | 09:42 SST | 150/94 | | | | Harris, Jennifer RN |
| Orig Entered: 10/06/2021 10:44 EST   Harris, Jennifer RN | | | | | | |
| 09/28/2021 | 08:36 SST | 155/94 | | | | Rice, Benjamin (MAT) MD, CD |
| Orig Entered: 09/28/2021 09:38 EST   Rice, Benjamin (MAT) MD, CD | | | | | | |
| 08/27/2021 | 09:09 SST | 145/90 | | | | Olson, Michelle RN |
| Orig Entered: 08/27/2021 10:11 EST   Olson, Michelle RN | | | | | | |
| 08/20/2021 | 08:54 SST | 139/90 | Left Arm | Sitting | Adult-regular | Olson, Michelle RN |
| p 60 | | | | | | |
| Orig Entered: 08/20/2021 09:55 EST   Olson, Michelle RN | | | | | | |
| 08/13/2021 | 08:53 SST | 140/86 | Right Arm | Sitting | Adult-large | Olson, Michelle RN |
| P 56 | | | | | | |
| Orig Entered: 08/13/2021 09:54 EST   Olson, Michelle RN | | | | | | |
| 08/06/2021 | 07:00 SST | 146/90 | Left Arm | Sitting | Adult-large | Torgerson, Jessica RN, |
| Orig Entered: 08/06/2021 08:54 EST   Torgerson, Jessica RN, IOP/IDC | | | | | | |
| 07/30/2021 | 08:54 SST | 146/95 | Left Arm | Sitting | Adult-large | Degerstrom, Kimberly RN |
| Orig Entered: 07/30/2021 09:55 EST   Degerstrom, Kimberly RN | | | | | | |
| 07/22/2021 | 13:11 SST | 150/98 | Left Arm | Sitting | Adult-large | Olson, Michelle RN |
| Orig Entered: 07/22/2021 14:13 EST   Olson, Michelle RN | | | | | | |
| 05/24/2021 | 09:28 SST | 148/94 | | | | Southwick, Jenefer PA-C |
| Orig Entered: 05/24/2021 10:30 EST   Southwick, Jenefer PA-C | | | | | | |
| 04/20/2021 | 11:49 SST | 165/95 | | | | Southwick, Jenefer PA-C |
| Orig Entered: 04/20/2021 12:50 EST   Southwick, Jenefer PA-C | | | | | | |
| 04/20/2021 | 11:49 SST | 151/98 | | | | Southwick, Jenefer PA-C |
| Orig Entered: 04/20/2021 12:50 EST   Southwick, Jenefer PA-C | | | | | | |
| 04/20/2021 | 08:44 SST | 140/83 | | | | Southwick, Jenefer PA-C |
| Orig Entered: 04/20/2021 09:45 EST   Southwick, Jenefer PA-C | | | | | | |
| 03/23/2021 | 11:32 SST | 143/94 | | | | Southwick, Jenefer PA-C |
| Orig Entered: 03/23/2021 12:33 EST   Southwick, Jenefer PA-C | | | | | | |
| 03/17/2021 | 09:34 SST | 146/92 | | | | Harris, Jennifer RN |
| Orig Entered: 03/17/2021 10:35 EST   Harris, Jennifer RN | | | | | | |
| 03/16/2021 | 14:00 SST | 130/90 | | | | Harris, Jennifer RN |
| Orig Entered: 03/17/2021 08:33 EST   Harris, Jennifer RN | | | | | | |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 07/22/2021 | 13:11 SST | 97 | Room Air | Olson, Michelle RN |
| Orig Entered: 07/22/2021 14:13 EST   Olson, Michelle RN | | | | |

**Height:**

**Reg #:** 03818-068

**Inmate Name:** POWELL, WILLIE G

## Topics

| Date Initiated | Format | Handout/Topic | Outcome | Provider |
|---|---|---|---|---|
| 05/24/2021 | Counseling | Plan of Care | Verbalizes Understanding | Southwick, Jenefer |
| | Orig Entered: 05/24/2021 10:36 EST   Southwick, Jenefer | | | |
| 05/21/2021 | Counseling | Plan of Care | Verbalizes Understanding | Southwick, Jenefer |
| | Orig Entered: 05/21/2021 11:11 EST   Southwick, Jenefer | | | |
| 05/18/2021 | Counseling | Plan of Care | Verbalizes Understanding | Southwick, Jenefer |
| | Orig Entered: 05/18/2021 10:50 EST   Southwick, Jenefer | | | |
| 05/07/2021 | Counseling | Plan of Care | Verbalizes Understanding | Southwick, Jenefer |
| | Orig Entered: 05/07/2021 13:10 EST   Southwick, Jenefer | | | |
| 04/29/2021 | Counseling | Plan of Care | Verbalizes Understanding | Southwick, Jenefer |
| | Orig Entered: 04/29/2021 14:58 EST   Southwick, Jenefer | | | |
| 04/23/2021 | Counseling | Plan of Care | Verbalizes Understanding | Southwick, Jenefer |
| | Orig Entered: 04/23/2021 09:11 EST   Southwick, Jenefer | | | |
| 04/20/2021 | Counseling | Plan of Care | Verbalizes Understanding | Southwick, Jenefer |
| | Orig Entered: 04/20/2021 11:40 EST   Southwick, Jenefer | | | |
| 04/20/2021 | Counseling | Plan of Care | Verbalizes Understanding | Southwick, Jenefer |
| | Orig Entered: 04/20/2021 11:44 EST   Southwick, Jenefer | | | |
| 04/20/2021 | Counseling | Access to Care | Verbalizes Understanding | Southwick, Jenefer |
| | Orig Entered: 04/20/2021 13:16 EST   Southwick, Jenefer | | | |
| 03/24/2021 | Medication | amLODIPine 10 MG TAB | Pharmacy No participation | Menard, Michael |
| | Orig Entered: 03/24/2021 17:56 EST   Menard, Michael | | | |
| 03/23/2021 | Counseling | Plan of Care | Verbalizes Understanding | Southwick, Jenefer |
| | Orig Entered: 03/23/2021 12:43 EST   Southwick, Jenefer | | | |

**Total:** 19

# Bureau of Prisons
## Health Services
## Patient Education Assessments & Topics

Reg #: 03818-068                    Inmate Name: POWELL, WILLIE G

## Assessments

| Assessment Date | Learns Best By | Format | Primary Language | Years of Education | Barriers To Education |
|---|---|---|---|---|---|
| | | | | | |

Total: 0

## Topics

| Date Initiated | Handout/Topic | Outcome | Provider |
|---|---|---|---|
| 09/28/2021 | Counseling   Treatment Goals | Verbalizes Understanding | Rice, Benjamin |
| | weight loss and optimize CV risks | | |
| | **Orig Entered:** 09/28/2021 09:45 EST   Rice, Benjamin (MAT) | | |
| 08/06/2021 | Counseling   Plan of Care | Verbalizes Understanding | Degerstrom, Kimberly |
| | **Orig Entered:** 08/06/2021 10:03 EST   Degerstrom, Kimberly | | |
| 08/06/2021 | Counseling   New Medication | Verbalizes Understanding | Degerstrom, Kimberly |
| | mag citrate | | |
| | **Orig Entered:** 08/06/2021 10:03 EST   Degerstrom, Kimberly | | |
| 08/06/2021 | Counseling   Other | Verbalizes Understanding | Degerstrom, Kimberly |
| | Ways to help with constipation: adequate fluids exercise increase fiber | | |
| | **Orig Entered:** 08/06/2021 10:03 EST   Degerstrom, Kimberly | | |
| 07/27/2021 | Medication   prredniSONE 10 MG Therapy Pack [48 ct] | Pharmacy No participation | Oetterer, T |
| | **Orig Entered:** 07/27/2021 17:50 EST   Oetterer, T L | | |
| 07/22/2021 | Counseling   Treatment Goals | Verbalizes Understanding | Rice, Benjamin |
| | treat post covid HA and reduce sodium intake | | |
| | **Orig Entered:** 07/22/2021 15:07 EST   Rice, Benjamin (MAT) | | |
| 06/01/2021 | Counseling   Access to Care | Verbalizes Understanding | Harris, Jennifer |
| | **Orig Entered:** 06/01/2021 11:34 EST   Harris, Jennifer | | |
| 05/27/2021 | Counseling   Plan of Care | Verbalizes Understanding | Southwick, Jenefer |
| | **Orig Entered:** 05/27/2021 09:11 EST   Southwick, Jenefer | | |

# Bureau of Prisons
# Health Services
# Medication Summary
# Historical

| | | | |
|---|---|---|---|
| Complex: | SST--SANDSTONE FCI | Begin Date: 03/11/2021 | End Date: 11/17/2021 |
| Inmate: | POWELL, WILLIE G | Reg #: 03818-068 | Quarter: C01-002L |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:**                                      Denied

## Active Prescriptions

amLODIPine 10 MG TAB
Take one tablet (10 MG) by mouth each day
**Rx#:** 185417-CP1     **Doctor:** Southwick, Jenefer PA-C
**Start:** 03/23/21     **Exp:** 06/21/21                    **Pharmacy Dispensings:** 90 TAB in 90 days

Citrate Of Magnesia 296 ML Bottle
Drink one bottle one time ***pill line***
**Rx#:** 239984-CP1     **Doctor:** Fuayah, Marilyn CNP
**Start:** 08/06/21     **Exp:** 08/06/21                    **Pharmacy Dispensings:** 0 ML in 0 day

predniSONE 10 MG Therapy Pack [48 ct]
Take as directed on package with food in decreasing daily doses each day for 12 days
**Rx#:** 233588-CP1     **Doctor:** Rice, Benjamin (MAT) MD, CD
**Start:** 07/22/21     **Exp:** 08/03/21                    **Pharmacy Dispensings:** 48 tab in 12 days

Propranolol 20 MG Tab
Take one tablet (20 MG) by mouth each day
**Rx#:** 175413-CP1     **Doctor:** Rice, Benjamin (MAT) MD, CD
**Start:** 02/26/21     **Exp:** 05/27/21     **D/C:** 03/23/21     **Pharmacy Dispensings:** 30 TAB in 90 days

SUMAtriptan 6 MG/0.5 ML Inj
Inject 6 mg subcutaneously one time ***pill line***
**Rx#:** 196495-CP1     **Doctor:** Southwick, Jenefer PA-C
**Start:** 04/20/21     **Exp:** 04/20/21                    **Pharmacy Dispensings:** 0 ML in 0 day

# Bureau of Prisons
## Health Services
## Immunizations

Begin Date: 03/11/2021     End Date: 11/17/2021

Reg #: 03818-068     Inmate Name: POWELL, WILLIE G

| Immunization | Immunization Date | Administered | Location | Dosage | Drug Mfr. | Lot # | Dose # | Exp. Date |
|---|---|---|---|---|---|---|---|---|
| COVID-19 Pfizer-BioNTech | 08/24/2021 | Now | Right Deltoid | 0.3mL | Pfizer | FC3180 | 2 | 10/31/2021 |
| Orig Entered: 08/24/2021 12:43 EST   Torgerson, Jessica RN, IOP/IDC | | | | | | | | |
| COVID-19 Pfizer-BioNTech | 08/06/2021 | Now | Right Deltoid | 0.3mL | Pfizer | FC3180 | 1 | 10/31/2021 |
| Orig Entered: 08/06/2021 08:55 EST   Torgerson, Jessica RN, IOP/IDC | | | | | | | | |
| Influenza - Immunization | 11/04/2021 | Refused | | | | | | |
| Seqirus Afluria Quadrivalent | | | | | | | | |
| Orig Entered: 11/09/2021 14:52 EST   Torgerson, Jessica RN, IOP/IDC. | | | | | | | | |

Total: 3





**Report Status: Final**

**POWELL, WILLIE**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **POWELL, WILLIE**<br><br>**DOB: 02/09/1970    AGE: 51**<br>Gender:   M<br>Phone:    NG<br>Patient ID: 03818-068 | Specimen:   WX862290Q<br>Requisition: 5556114<br>Lab Ref #:   271211350<br><br>Collected:   10/06/2021 / 07:43 CDT<br>Received:    10/07/2021 / 03:03 CDT<br>Reported:    10/08/2021 / 19:52 CDT | Client #: 10763365          9999999<br>RICE, BENJAMIN<br>FCI - SANDSTONE - SST<br>2300 COUNTY ROAD 29<br>SANDSTONE, MN 55072-5161 |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| CYSTATIN C WITH eGFR | | | | EZ |
| CYSTATIN C | 1.02 | | 0.52-1.23 mg/L | |
| eGFR | 79 | | > OR = 60 mL/min/1.73m2 | |

**PERFORMING SITE:**

EZ    QUEST DIAGNOSTICS/NICHOLS SJC, 33608 ORTEGA HWY, SAN JUAN CAPISTRANO, CA 92675-2042 Laboratory Director: IRINA MARAMICA,MD,PHD,MBA, CLIA: 05D0643352

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.



**Federal Bureau of Prisons**

**FMC Rochester**
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** POWELL, WILLIE | **Facility** FCI Sandstone | **Collected** 08/31/2021 09:31 CDT |
| **Reg #** 03818-068 | **Order Unit** C01-002L | **Received** 09/01/2021 11:16 CDT |
| **DOB** 02/09/1970 | **Provider** Benjamin Rice, MD | **Reported** 09/01/2021 15:36 CDT |
| **Sex** M | | **LIS ID** 203212760 |

## CHEMISTRY

| | | | | |
|---|---|---|---|---|
| Sodium | | 142 | 136-145 | mmol/L |
| Potassium | | 5.0 | 3.5-5.1 | mmol/L |
| Chloride | | 105 | 98-107 | mmol/L |
| Carbon Dioxide | | 27 | 22-29 | mmol/L |
| Urea Nitrogen (BUN) | | 12 | 6-20 | mg/dL |
| Creatinine | H | 1.60 | 0.67-1.17 | mg/dL |
| eGFR (IDMS) | | 46 | | |

GFR units measured as mL/min/1.73m^2.
If African American multiply by 1.210.
A calculated GFR <60 suggests chronic kidney disease if found over a 3 month period.

| | | | | |
|---|---|---|---|---|
| Calcium | | 9.9 | 8.6-10.0 | mg/dL |
| Glucose | | 88 | 74-109 | mg/dL |
| AST | | 30 | 10-50 | U/L |
| ALT | | 31 | 8-41 | U/L |
| Alkaline Phosphatase | | 79 | 49-126 | U/L |
| Bilirubin, Total | | 1.0 | 0.1-1.2 | mg/dL |
| Protein, Total | | 7.2 | 6.6-8.7 | g/dL |
| Albumin | | 4.2 | 3.5-5.2 | g/dL |
| Globulin | | 3.0 | 2.0-3.7 | g/dL |
| Albumin/Globulin Ratio | | 1.40 | 1.00-2.30 | |
| Anion Gap | | 10.0 | 9.0-19.0 | |
| BUN/Creatinine Ratio | | 7.3 | 5.0-30.0 | |
| Cholesterol, Total | | 158 | <200 | mg/dL |
| Triglycerides | | 115 | <150 | mg/dL |
| HDL Cholesterol | L | 39 | 40-60 | mg/dL |
| LDL-Cholesterol | | 96 | <130 | mg/dL |
| Chol/HDLC Ratio | H | 4.1 | 0.0-4.0 | |
| C-Reactive Protein | L | <3.0 | <5.0 | mg/L |

## SPECIAL CHEMISTRY

| | | | |
|---|---|---|---|
| TSH | 1.55 | 0.27-4.20 | uIU/mL |

## HEMOGLOBIN A1C

| | | | |
|---|---|---|---|
| Hemoglobin A1C | 5.4 | <5.7 | % |

5.7 - 6.4  Increased Risk
   > 6.4  Diabetes

---

**FLAG LEGEND**    L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A!=Abnormal Critical



**Federal Bureau of Prisons**

## FMC Rochester
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | |
|---|---|
| **Name** POWELL, WILLIE | **Facility** FCI Sandstone |
| **Reg #** 03818-068 | **Order Unit** C01-002L |
| **DOB** 02/09/1970 | **Provider** Benjamin Rice, MD |
| **Sex** M | |

**Collected** 10/06/2021 07:43 CDT
**Received** 10/07/2021 10:50 CDT
**Reported** 10/07/2021 11:34 CDT
**LIS ID** 271211350

### CHEMISTRY

| Test | Flag | Value | Reference | Units |
|---|---|---|---|---|
| Sodium | | 139 | 136-145 | mmol/L |
| Potassium | | 4.4 | 3.5-5.1 | mmol/L |
| Chloride | | 103 | 98-107 | mmol/L |
| Carbon Dioxide | H | 30 | 22-29 | mmol/L |
| Urea Nitrogen (BUN) | | 11 | 6-20 | mg/dL |
| Creatinine | H | 1.57 | 0.67-1.17 | mg/dL |
| eGFR (IDMS) | | 47 | | |

GFR units measured as mL/min/1.73m^2.
If African American multiply by 1.210.
A calculated GFR <60 suggests chronic kidney disease if found over a 3 month period.

| Test | Flag | Value | Reference | Units |
|---|---|---|---|---|
| Calcium | | 9.4 | 8.6-10.0 | mg/dL |
| Glucose | | 96 | 74-109 | mg/dL |
| AST | | 26 | 10-50 | U/L |
| ALT | | 23 | 10-50 | U/L |
| Alkaline Phosphatase | | 73 | 49-126 | U/L |
| Bilirubin, Total | H | 1.6 | 0.1-1.2 | mg/dL |
| Protein, Total | | 6.8 | 6.6-8.7 | g/dL |
| Albumin | | 4.2 | 3.5-5.2 | g/dL |
| Globulin | | 2.6 | 2.0-3.7 | g/dL |
| Albumin/Globulin Ratio | | 1.62 | 1.00-2.30 | |
| Anion Gap | L | 6.0 | 9.0-19.0 | |
| BUN/Creatinine Ratio | | 7.0 | 5.0-30.0 | |
| Cholesterol, Total | | 167 | <200 | mg/dL |
| Triglycerides | | 125 | <150 | mg/dL |
| HDL Cholesterol | L | 39 | 40-60 | mg/dL |
| LDL-Cholesterol | | 103 | <130 | mg/dL |
| Chol/HDLC Ratio | H | 4.3 | 0.0-4.0 | |

**FLAG LEGEND**   L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A!=Abnormal Critical

 

**Report Status: Final**

**POWELL, WILLIE**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **POWELL, WILLIE**<br><br>**DOB: 02/09/1970    AGE: 51**<br>Gender:   M<br>Phone:    NG<br>Patient ID: 03818-068 | Specimen:  WX862290Q<br>Requisition: 5556114<br>Lab Ref #:   271211350<br><br>Collected:  10/06/2021 / 07:43 CDT<br>Received:   10/07/2021 / 03:03 CDT<br>Reported:   10/08/2021 / 19:52 CDT | Client #: 10763365        9999999<br>RICE, BENJAMIN<br>FCI - SANDSTONE - SST<br>2300 COUNTY ROAD 29<br>SANDSTONE, MN 55072-5161 |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| CYSTATIN C WITH eGFR | | | | EZ |
| CYSTATIN C | 1.02 | | 0.52-1.23 mg/L | |
| eGFR | 79 | | > OR = 60 mL/min/1.73m2 | |

**PERFORMING SITE:**

EZ    QUEST DIAGNOSTICS/NICHOLS SJC, 33608 ORTEGA HWY, SAN JUAN CAPISTRANO, CA 92675-2042 Laboratory Director: IRINA MARAMICA, MD, PHD, MBA, CLIA: 05D0643352

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.



**Federal Bureau of Prisons**

## FMC Rochester
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | |
|---|---|
| **Name** POWELL, WILLIE | **Facility** FCI Sandstone |
| **Reg #** 03818-068 | **Order Unit** C01-002L |
| **DOB** 02/09/1970 | **Provider** Benjamin Rice, MD |
| **Sex** M | |

**Collected** 08/31/2021 09:31 CDT
**Received** 09/01/2021 11:16 CDT
**Reported** 09/01/2021 15:36 CDT
**LIS ID** 203212760

### CHEMISTRY

| Test | Flag | Value | Reference | Units |
|---|---|---|---|---|
| Sodium | | 142 | 136-145 | mmol/L |
| Potassium | | 5.0 | 3.5-5.1 | mmol/L |
| Chloride | | 105 | 98-107 | mmol/L |
| Carbon Dioxide | | 27 | 22-29 | mmol/L |
| Urea Nitrogen (BUN) | | 12 | 6-20 | mg/dL |
| Creatinine | H | 1.60 | 0.67-1.17 | mg/dL |
| eGFR (IDMS) | | 46 | | |

GFR units measured as mL/min/1.73m^2.
If African American multiply by 1.210.
A calculated GFR <60 suggests chronic kidney disease if found over a 3 month period.

| Test | Flag | Value | Reference | Units |
|---|---|---|---|---|
| Calcium | | 9.9 | 8.6-10.0 | mg/dL |
| Glucose | | 88 | 74-109 | mg/dL |
| AST | | 30 | 10-50 | U/L |
| ALT | | 31 | 8-41 | U/L |
| Alkaline Phosphatase | | 79 | 49-126 | U/L |
| Bilirubin, Total | | 1.0 | 0.1-1.2 | mg/dL |
| Protein, Total | | 7.2 | 6.6-8.7 | g/dL |
| Albumin | | 4.2 | 3.5-5.2 | g/dL |
| Globulin | | 3.0 | 2.0-3.7 | g/dL |
| Albumin/Globulin Ratio | | 1.40 | 1.00-2.30 | |
| Anion Gap | | 10.0 | 9.0-19.0 | |
| BUN/Creatinine Ratio | | 7.3 | 5.0-30.0 | |
| Cholesterol, Total | | 158 | <200 | mg/dL |
| Triglycerides | | 115 | <150 | mg/dL |
| HDL Cholesterol | L | 39 | 40-60 | mg/dL |
| LDL-Cholesterol | | 96 | <130 | mg/dL |
| Chol/HDLC Ratio | H | 4.1 | 0.0-4.0 | |
| C-Reactive Protein | L | <3.0 | <5.0 | mg/L |

### SPECIAL CHEMISTRY

| Test | Value | Reference | Units |
|---|---|---|---|
| TSH | 1.55 | 0.27-4.20 | uIU/mL |

### HEMOGLOBIN A1C

| Test | Value | Reference | Units |
|---|---|---|---|
| Hemoglobin A1C | 5.4 | <5.7 | % |

5.7 - 6.4  Increased Risk
  > 6.4  Diabetes

---

**FLAG LEGEND**    L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A! =Abnormal Critical



**Federal Bureau of Prisons**

### FMC Rochester
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | |
|---|---|
| **Collected** | 10/06/2021 07:43 CDT |
| **Received** | 10/07/2021 10:50 CDT |
| **Reported** | 10/07/2021 11:34 CDT |
| **LIS ID** | 271211350 |

**Name** POWELL, WILLIE
**Reg #** 03818-068
**DOB** 02/09/1970
**Sex** M

**Facility** FCI Sandstone
**Order Unit** C01-002L
**Provider** Benjamin Rice, MD

## CHEMISTRY

| Test | Flag | Result | Reference Range | Units |
|---|---|---|---|---|
| Sodium | | 139 | 136-145 | mmol/L |
| Potassium | | 4.4 | 3.5-5.1 | mmol/L |
| Chloride | | 103 | 98-107 | mmol/L |
| Carbon Dioxide | H | 30 | 22-29 | mmol/L |
| Urea Nitrogen (BUN) | | 11 | 6-20 | mg/dL |
| Creatinine | H | 1.57 | 0.67-1.17 | mg/dL |
| eGFR (IDMS) | | 47 | | |

GFR units measured as mL/min/1.73m^2.
If African American multiply by 1.210.
A calculated GFR <60 suggests chronic kidney disease if found over a 3 month period.

| Test | Flag | Result | Reference Range | Units |
|---|---|---|---|---|
| Calcium | | 9.4 | 8.6-10.0 | mg/dL |
| Glucose | | 96 | 74-109 | mg/dL |
| AST | | 26 | 10-50 | U/L |
| ALT | | 23 | 10-50 | U/L |
| Alkaline Phosphatase | | 73 | 49-126 | U/L |
| Bilirubin, Total | H | 1.6 | 0.1-1.2 | mg/dL |
| Protein, Total | | 6.8 | 6.6-8.7 | g/dL |
| Albumin | | 4.2 | 3.5-5.2 | g/dL |
| Globulin | | 2.6 | 2.0-3.7 | g/dL |
| Albumin/Globulin Ratio | | 1.62 | 1.00-2.30 | |
| Anion Gap | L | 6.0 | 9.0-19.0 | |
| BUN/Creatinine Ratio | | 7.0 | 5.0-30.0 | |
| Cholesterol, Total | | 167 | <200 | mg/dL |
| Triglycerides | | 125 | <150 | mg/dL |
| HDL Cholesterol | L | 39 | 40-60 | mg/dL |
| LDL-Cholesterol | | 103 | <130 | mg/dL |
| Chol/HDLC Ratio | H | 4.3 | 0.0-4.0 | |

 

**Report Status: Final**

POWELL, WILLIE

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **POWELL, WILLIE**<br><br>**DOB: 02/09/1970    AGE: 51**<br>Gender:    M<br>Phone:    NG<br>Patient ID: 03818-068 | Specimen:    WX862290Q<br>Requisition: 5556114<br>Lab Ref #:    271211350<br><br>Collected:   10/06/2021 / 07:43 CDT<br>Received:    10/07/2021 / 03:03 CDT<br>Reported:    10/08/2021 / 19:52 CDT | Client #: 10763365        9999999<br>RICE, BENJAMIN<br>FCI - SANDSTONE - SST<br>2300 COUNTY ROAD 29<br>SANDSTONE, MN 55072-5161 |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| | | | | EZ |
| CYSTATIN C WITH eGFR | | | | |
|   CYSTATIN C | 1.02 | | 0.52-1.23  mg/L | |
|   eGFR | 79 | | > OR = 60  mL/min/1.73m2 | |

**PERFORMING SITE:**

EZ    QUEST DIAGNOSTICS/NICHOLS SJC, 33608 ORTEGA HWY, SAN JUAN CAPISTRANO, CA 92675-2042 Laboratory Director: IRINA MARAMICA,MD,PHD,MBA, CLIA: 05D0643352

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.


**Federal Bureau of Prisons**

## FMC Rochester
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | | | |
|---|---|---|---|
| **Name** POWELL, WILLIE | **Facility** FCI Sandstone | **Collected** 08/31/2021 09:31 CDT | |
| **Reg #** 03818-068 | **Order Unit** C01-002L | **Received** 09/01/2021 11:16 CDT | |
| **DOB** 02/09/1970 | **Provider** Benjamin Rice, MD | **Reported** 09/01/2021 15:36 CDT | |
| **Sex** M | | **LIS ID** 203212760 | |

### CHEMISTRY

| | | | | |
|---|---|---|---|---|
| Sodium | | 142 | 136-145 | mmol/L |
| Potassium | | 5.0 | 3.5-5.1 | mmol/L |
| Chloride | | 105 | 98-107 | mmol/L |
| Carbon Dioxide | | 27 | 22-29 | mmol/L |
| Urea Nitrogen (BUN) | | 12 | 6-20 | mg/dL |
| Creatinine | H | 1.60 | 0.67-1.17 | mg/dL |
| eGFR (IDMS) | | 46 | | |

GFR units measured as mL/min/1.73m^2.
If African American multiply by 1.210.
A calculated GFR <60 suggests chronic kidney disease if found over a 3 month period.

| | | | | |
|---|---|---|---|---|
| Calcium | | 9.9 | 8.6-10.0 | mg/dL |
| Glucose | | 88 | 74-109 | mg/dL |
| AST | | 30 | 10-50 | U/L |
| ALT | | 31 | 8-41 | U/L |
| Alkaline Phosphatase | | 79 | 49-126 | U/L |
| Bilirubin, Total | | 1.0 | 0.1-1.2 | mg/dL |
| Protein, Total | | 7.2 | 6.6-8.7 | g/dL |
| Albumin | | 4.2 | 3.5-5.2 | g/dL |
| Globulin | | 3.0 | 2.0-3.7 | g/dL |
| Albumin/Globulin Ratio | | 1.40 | 1.00-2.30 | |
| Anion Gap | | 10.0 | 9.0-19.0 | |
| BUN/Creatinine Ratio | | 7.3 | 5.0-30.0 | |
| Cholesterol, Total | | 158 | <200 | mg/dL |
| Triglycerides | | 115 | <150 | mg/dL |
| HDL Cholesterol | L | 39 | 40-60 | mg/dL |
| LDL-Cholesterol | | 96 | <130 | mg/dL |
| Chol/HDLC Ratio | H | 4.1 | 0.0-4.0 | |
| C-Reactive Protein | L | <3.0 | <5.0 | mg/L |

### SPECIAL CHEMISTRY

| | | | |
|---|---|---|---|
| TSH | 1.55 | 0.27-4.20 | uIU/mL |

### HEMOGLOBIN A1C

| | | | |
|---|---|---|---|
| Hemoglobin A1C | 5.4 | <5.7 | % |

5.7 - 6.4  Increased Risk
  > 6.4  Diabetes

---

**FLAG LEGEND**    L=Low    L!=Low Critical    H=High    H!=High Critical    A=Abnormal  A!=Abnormal Critical



**Federal Bureau of Prisons**

## FMC Rochester
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** POWELL, WILLIE | **Facility** FCI Sandstone | **Collected** 10/06/2021 07:43 CDT |
| **Reg #** 03818-068 | **Order Unit** C01-002L | **Received** 10/07/2021 10:50 CDT |
| **DOB** 02/09/1970 | **Provider** Benjamin Rice, MD | **Reported** 10/07/2021 11:34 CDT |
| **Sex** M | | **LIS ID** 271211350 |

### CHEMISTRY

| | | | | |
|---|---|---|---|---|
| Sodium | | 139 | 136-145 | mmol/L |
| Potassium | | 4.4 | 3.5-5.1 | mmol/L |
| Chloride | | 103 | 98-107 | mmol/L |
| Carbon Dioxide | H | 30 | 22-29 | mmol/L |
| Urea Nitrogen (BUN) | | 11 | 6-20 | mg/dL |
| Creatinine | H | 1.57 | 0.67-1.17 | mg/dL |
| eGFR (IDMS) | | 47 | | |

GFR units measured as mL/min/1.73m^2.
If African American multiply by 1.210.
A calculated GFR <60 suggests chronic kidney disease if found over a 3 month period.

| | | | | |
|---|---|---|---|---|
| Calcium | | 9.4 | 8.6-10.0 | mg/dL |
| Glucose | | 96 | 74-109 | mg/dL |
| AST | | 26 | 10-50 | U/L |
| ALT | | 23 | 10-50 | U/L |
| Alkaline Phosphatase | | 73 | 49-126 | U/L |
| Bilirubin, Total | H | 1.6 | 0.1-1.2 | mg/dL |
| Protein, Total | | 6.8 | 6.6-8.7 | g/dL |
| Albumin | | 4.2 | 3.5-5.2 | g/dL |
| Globulin | | 2.6 | 2.0-3.7 | g/dL |
| Albumin/Globulin Ratio | | 1.62 | 1.00-2.30 | |
| Anion Gap | L | 6.0 | 9.0-19.0 | |
| BUN/Creatinine Ratio | | 7.0 | 5.0-30.0 | |
| Cholesterol, Total | | 167 | <200 | mg/dL |
| Triglycerides | | 125 | <150 | mg/dL |
| HDL Cholesterol | L | 39 | 40-60 | mg/dL |
| LDL-Cholesterol | | 103 | <130 | mg/dL |
| Chol/HDLC Ratio | H | 4.3 | 0.0-4.0 | |

**FLAG LEGEND**     L=Low   L!=Low Critical     H=High   H!=High Critical     A=Abnormal   A! =Abnormal Critical

**DEF. EXH. 4**

Powell's Letters of Support

Nakia Marbury
4078 Miles Johnson Parkway
Springhill, Tennessee 37174


February 20, 2022


Re: Willie Powell


To: The Honorable Judge Edmund A. Sargus

I have known Willie Powell as a friend now for over 25 years. It troubled me to hear of his incarceration
and case for he has always been a very respectful man. It is for this reason I am privileged to have the
opportunity to write this reference letter on his behalf. I can say I've never written such letter before;
therefore, I'd like to thank you for taking your time out of your busy schedule to read this letter of
reference for Willie Powell. I understand the severity of this matter, however, hope the courts will show
compassion when reviewing this case.

Willie Powell has always been a respectful family man. An individual that's' devoted to family values
wanting to guide the youth to pursue a better life than what our surrounding environment had to offer.
During the time of our friendship Willie Powell has been a mentor to my two sons'. Listening to their
interests with inspiring them to pursue their dreams, setting goals, with completing the tasks that's
before them. Ensuring them that life has No easy road to follow but when focusing on dreams to press
forward and not let anyone or anything hinder them. He has encouraged me to stay firm on my son's
not allowing my sons to give up.  It is with our uplifting conversations I was able to push my son into his
law career. He has been an encouraging friend to both me and my family throughout the years
respectful, honest, and trustworthy.

In addition to our friendship, Willie Powell has been an important person in the neighborhood with
mentoring the youth and expressing the need of our young boys becoming men. How they should
respect the men\women in the community regardless of age or color. I've heard him speak to a group of
young men, almost lecturing them on the importance of not becoming victims to streets. That their
choices have consequences and the wrong choices may land them in prison for a lifetime with losing
their freedom. It's unfortunate that he has become a victim to a crime like such. Which I feel now that
years has passed, he understands how important it is for him to be there for his family as well as other
families in the community. How his presence is needed, how if he was around, he could help save a
young person from becoming another number in prison. His absence has left many young people with
questions. Questions only he can answer. Do I feel Willie Powell can make a difference in the lives of our
youth, yes, I do? I feel his presence is needed and can help change the perspective of our youth.
Throughout his time of incarceration, the remorse he has shared with me in the time spent away has

made him a different man. Different in a way where he has been grieved and willing to do what is right to be a part of the lives of the individuals who love and care about him.

I sincerely hope the court take this letter of reference into consideration when reviewing this case. Despite the current case I truly believe Willie Powell is an honorable person, a well-respected person in his family, a valuable person to the youth and a good loving caring person.


Sincerely,

Nakia Marbury

February 2022

To whom It may Concern,

I am sincerely writing on behalf of Willie C. Powell whom has been my Dear Friend for almost 20 years now. Thank you for the opportunity of receiving this letter permissable on his behalf. Will has always been very smart, extremely supportive of family and friends. I have witnessed his growth tremendously over the years being incarcerated spiritually, intellectually, mentally and emotionally. Symbolic of a metamorphosis process layers of growth, transformation and maturity on a new level. I am very proud to have witnessed & experience this journey with him, because change is not easy nor comes over night but necessary. The man that he has become in this transitional season I am even more thankful for, more understanding, wiser prayerful & etc...

Will has always been a great father, honest, upfront, loyal & helpful man. Will comes from a good upbringing with high standards, work ethics, both parents in household working & active in the community. As many of us in this world inquisitive beings we all fall short in our lives trying to find our own way & true self when we don't get it right

Sometimes and we learn some harder than others but his willingness to be + do better giving the opportunity + fair shot to try again would be a major Blessing to us all.

I am his Dear friend Tanisha L. Owens a business owner in the city of Detroit close to 10 years now. advocate in the community for women's empowerment + graduate of Northwood University (BBA) and mother of 2 teenagers. Licensed LIFE + Health Producer Insurance Agent in Michigan for 7 years now. As an Entrepreneur failures were stepping stones to greatness while overcoming Challenges + objections. So I am familiar with overcoming, enduring, persevering as a minority and woman. I believe in second + third chances we all deserve and limitless possibilities if opportunity is given. I hope u find favor with my friend to give him the one chance that can ultimately change his life and choices that Direct his future into a brand new Direction + fresh start. Thank you so much for hearing my voice + letter of petition on his behalf. Truly an honor + grateful to do so.

Sincerely,

Tanisha L. Owens

February 25, 2022
Judge Edmund A. Sargus

Hi, I am writing in reference to Willie Powell (03818068). I've known him for 22 years or more. He has always been a thoughtful caring person. Will is the kind of person that would give the shirt off his back for others. He has always been a person who has a lot of self-control when it came to getting angry with others. I've never seen him get violent in the years I have known him. In my opinions he is no threat to society. I feel he would do better out here with his children then he would do in prison. They need they're father and I do feel he has learned his lesson. He is a nonviolent offender and has served over 12 years. I know he has made some bad decisions in his life and that's the reason he is there, but I truly believe he has own up to his mistake and will make better decisions in the future. A honest caring man like Willie Powell should have another chance to enter back into society to finish watching his children and grandchildren grow up. I believe he is ready to get out in the world and live like a model citizen and get a job and go to work every day. Thanks for hearing me out.
Sincerely,
Lasharon France

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| WILLIE G. POWELL, | ) Case No. 2:07-cr-193 |
| Defendant, | ) |
| v. | ) DEFENDANT'S SUPPLEMENTAL |
| | ) BRIEF IN SUPPORT TO MODIFY |
| UNITED STATES OF AMERICA, | ) SENTENCE OF IMPRISONMENT |
| Plaintiff. | ) |

**COMES NOW**, the defendant **Willie G. Powell** (hereinafter "Powell") by and through pro s e representation submits this supplemental brief in support of his motion to modify his sentence pursuant to Title 18 U.S.C. § 3582(c). In support, Powell provides the following.

Inadvertently, Powell failed to list his State 2 Kidney Disease as one of his co-morbidities in his motion and memorandum in support to modify his sentence of imprisonment. Many federal district courts including this court, have held that defendant's can demonstrate "extraordinary and compelling reasons" for compassionate release under § 3582(c)(A)(1)(i) if they show (1) their health conditions put them at an increased risk of severe COVID-19 symptoms and 92) they are at risk of infections. See <u>United States v. Lemons</u>,___F.4th___, 2021 U.S. App. LEXIS 30267, 2021 WL 4699249, at 3 (6th Cir. Oct. 8, 2021), and <u>United States v. Elias</u>, 984, F.3d 516, 518 (6th Cir. 2021).

Here, when combining Powell's Stage 2 Kidney disease in aggregate with his hypertension, Powell has a weakended immune system, and as a result may not be protected from developing a serious illness if he were to contract COVID-19 a second time even as Powell is

fully vaccinated.  <u>See</u> <u>People with Certain  Medical Conditions</u>, Centers for Disease Control and Prevention, https://www/cdc/gov/ coronavirus/2019-ncov/need-extra-precautions/people-with-medical-conditions.htnl.  <u>See</u> <u>DEF. EXH. 3</u> - Powell's Medical Records.

Lastly, while Court's have not taken a defendant's race, gender, and substance use disorders into  account as commonly.  Here, however, it is appropriate to  consider those factors when considering the following study: <u>Eboni G. Price-Haywood, et atl.,</u> <u>Hospitalization and  Mortality among Black  Patients and  White Patients COVID-19</u>, 382 N. Engl. J. Med. 2534 (June 2020).  Said study of 12,000 COVID-19 patients concluded that patients who, like Powell, are African  American and have a history of  substance abuse, are more likely to  be hospitalized and suffer a  fatal infection.  Those  with substance use disorders were almost 50% more likely to  die from their illness and about 30% more likely to be hospitalized compared to those who do  not use substances.  Moreover, in the same study, African Americans with substance  use and  COVID-19 were about 50% more likely to  die  from COVID-19 and almost 60% more likely to be hospitalized compared to Caucasian subjects with substance use disorder Id at 4 (citing <u>Quan Qiu Wang</u>, et al., <u>COVID-19 Risk Outcomes in Patients with Substance Use Disorders</u>: Analyses from Electronic Health Records in the United States, 26, Mol Psychiatry 30 (2021).

While the CDC does not recognize race as a "high risk" factor for serious illness resulting from COVID-19, the CDC does recognize "some racial and ethnic minority groups are disproportionally affected by COVID-19," U.S. Centers for Disease Control and Prevention, Introduction to COVID-19 Racial and  Ethnic Health Disparities (Dec. 10, 2020).  Powell is African-American.

Accordignly, when combined with Powell's other co-morbidities and other arguments, the court must and should determine that Powell has deomonstrated "extraordinary  and compelling" reasons in support of a s entence modification.

<u>Dated</u>:  March 15, 2022

Respectfully submitted,

Willie G. Powell
Reg. No. 03818-068
FCI-Sandstone    C-Unit
P.O. Box 1000
Sandstone, MN   55072

## Certificate of Service

I aver that I mailed this document  to the  Clerk of Court by placing said document into a prepaid  envelope and deposited said envelope into the  inmate mail system at FCI-Sandstone.

<u>Dated</u>:  March 15, 2022

BY:

Willie G. Powell

3



CERTIFIED MAIL

7021 0950 0001 9159 1116

U.S. POSTAGE PAID
SANDSTONE, MN
$0.00
AMOUNT
R2304Y121196-04

Clerk Of Court For E.D. MI
231 W Lafayette BLVD
Detroit, MI 48226-2714
United States

03818-068

Willie Pearl
03818-068
Federal Correctional Institution
P.O. Box 1000
Sandstone, MN 55072